IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Jennifer Munro, | ) | C.A. No. 6:05-3531-HMH |
| | ) | |
| Plaintiff, | ) | |
| | ) | **OPINION AND ORDER** |
| vs. | ) | |
| | ) | |
| Shelby Futch, an individual; | ) | |
| Scottsdale Golf Group, Inc. and its | ) | |
| division Golf Digest Schools; and | ) | |
| Golf Seminars, Inc., | ) | |
| | ) | |
| Defendants. | ) | |

Scottsdale Golf Group, Inc. and Golf Seminars, Inc. are ordered to inform the court of their respective principal places of business for the purpose of determining whether the requirements of federal subject matter jurisdiction are satisfied. See 28 U.S.C. § 1332. The parties are ordered to respond within ten (10) days of the date of this order.

**IT IS SO ORDERED.**

s/ Henry M. Herlong, Jr.
United States District Judge

Greenville, South Carolina
December 20, 2005